**Mary Lou JACOBY and Ronald William Boone, Respondents,**

v.

**Elvin BOONE, Appellant.**

**No. WD 46456.**

Missouri Court of Appeals,
Western District.

April 27, 1993.

Sharlie Pender, Kansas City, for appellant.

Douglas J. Patterson, Kansas City, for respondent.

Before KENNEDY, P.J. and BERREY and SPINDEN, JJ. .

### *ORDER*

PER CURIAM:

Appeal from a contempt order entered June 9, 1992, for failure to convey certain property pursuant to a consent judgment.

Affirmed. Rule 84.16(b).